JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE FLAATEN, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, et al., <br><br> Defendants. | Case No. CV 25-211-MWF(PVCx) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Stipulation of Dismissal With Prejudice, filed September 19, 2025. (Docket No. 20). For good cause shown, the Stipulation is GRANTED. All claims against Defendant Target Corporation are DISMISSED with prejudice, with each party to bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the parties.

**IT IS SO ORDERED.**

Dated: September 19, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge